UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-00423-D

BETHANY KOVAL individually and on behalf of all others similarly situated,

Plaintiffs,

-vs-

RALEIGH RESTAURANT CONCEPTS, LLC d/b/a MEN'S CLUB OF RALEIGH, a North Carolina Limited Liability Company; LOWRIE MANAGEMENT LLLP., a Colorado Limited Liability Limited Partnership; SEAN BAKER, an individual; TROY LOWRIE, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,

Defendants.

## ORDER COMPELLING MATTER(S) TO INDIVIDUAL ARBITRATION

The Court having reviewed the stipulation of the parties and being otherwise duly advised in the premise, hereby approves the Stipulation, orders the parties to arbitrate the claims on an individual basis under the terms of the arbitration agreement between the parties, except as modified by the Stipulation. The matter is stayed and this Court retains jurisdiction to consider confirmation of any award entered by the arbitrators or to approve a settlement reached between the parties.

SO ORDERED. This _7_ day of December, 2021.

JAMES C. DEVER III
United States District Judge