IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BETHANY KOVAL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>RALEIGH RESTAURANT CONCEPTS, LLC d/b/a MEN'S CLUB OF RALEIGH, a North Carolina Limited Liability Company; LOWRIE MANAGEMENT LLLP., a Colorado Limited Liability Limited Partnership; SEAN BAKER, an individual; TROY LOWRIE, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: 5-21-cv-00423-D |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO LIFT THE STAY AND APPROVAL OF FLSA SETTLEMENT**

This Court, having considered Bethany Koval, Kimberlyn Richards, Tyronia Houston and Mikia Burnette (collectively altogether "the Plaintiffs") Unopposed Motion to Lift Stay and Approval of FLSA Settlement, the declaration and supporting exhibits, and good cause appearing, the Court makes the following Order:

The Court finds the settlement is fair and reasonable pursuant to the FLSA.

Therefore, the Court hereby **GRANTS** the Motion and rules as follows:

The Settlement of $114,000.00 is **APPROVED** and $61,961.90, is allocated to Plaintiffs as detailed in the Settlement Agreements (*Exhibit 1* to the Declaration of John P. Kristensen) and remaining $52,038.10 being allocated to Plaintiffs' attorneys' fees ($51,300.00) and costs ($738.10). Any remaining monies will be distributed pro rata to the Plaintiffs.

SO ORDERED. This the __30__ of April, 2023.

JAMES C. DEVER III
United States District Judge